UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TREVOR MILLER,** individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>**SYRACUSE UNIVERSITY,**<br><br>  Defendant. | Case No. 5:21-cv-1073-LEK-TWD<br><br>Class Action |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Declaration of Todd S. Garber, and Exhibits, Plaintiff Trevor Miller, though his attorneys Finkelstein, Blankinship, Frei-Pearson, & Garber and Keller Postman LLC, will and does hereby move this Court before the Honorable Lawrence E. Kahn, Senior United States District Court Judge, at the James T. Foley United States Courthouse, 445 Broadway, Albany, New York 12207, at a date and time to be set by the Court, for an Order Approving Class Action Settlement, and granting such other and further relief as the Court may deem just and proper.

Dated: December 14, 2023

/s/
Todd S. Garber
Andrew C. White
**FINKELSTEIN, BLANKINSHIP,
FRE-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, NY  10111
Telephone: 914.298.3281
tgarber@fbfglaw.com
awhite@fbfglaw.com

/s/
Alex J. Dravillas
**KELLER POSTMAN LLC**
150 N. Riverside, Suite 4100
Chicago, IL  60606
Telephone: 312.741.5220
ajd@kellerpostman.com

*Counsel for Plaintiff Trevor Miller and the Putative Class*